WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CESARIO GARCIA HERNANDEZ,  )  <br>  ) <br> Plaintiff,  ) <br>  ) <br> v.  ) <br>  ) <br> CAROLYN W. COLVIN, Acting  ) <br> Commissioner of Social Security  ) <br> Administration,  ) <br>  ) <br> Defendant.  ) <br> _____ ) | CASE NO.: **EDCV13-00012 OP** <br><br> ORDER AWARDING <br> EAJA FEES |

    Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

    **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND FOUR HUNDRED FIFTY DOLLARS and no/cents ($3,400.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

    DATED:  01/15/2014

                              UNITED STATES MAGISTRATE JUDGE